IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

ROCK HILL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL ACTION NO.: _O:26-39_ |
| | ) | |
| | ) | 18 U.S.C.§ 922(a)(6) |
| v. | ) | 18 U.S.C.§ 924(a)(2) |
| | ) | |
| | ) | |
| GREGORY TISCHUK | ) | **INDICTMENT** |

**COUNT 1**

THE GRAND JURY CHARGES:

On or about the April 4, 2024, in the District of South Carolina, the Defendant, **GREGORY TISCHUK**, did knowingly make a false and fictitious written statement to Cabelas in Fort Mill, South Carolina, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, in connection with the acquisition of a Glock Model 27, .40 caliber pistol which was intended and likely to deceive the said dealer with respect to a fact material to the lawfulness of the sale and disposition of the firearm under the provisions of Chapter 44 of Title 18, United States Codes, in that the defendant did execute a U.S. Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that he was the true purchaser of the firearm, whereas in truth and in fact, he was not the true purchaser.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A _____ true _____ Bill

FOREPERSON

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: _____
William K. Witherspoon  (Fed. ID #5945)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Tel.:   803-929-3000
Fax:   803-254-2912
Email: William K. Witherspoon@usdoj.gov