IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

**UNITED STATES OF AMERICA**

**VS**                                    **CR NO. 0:26-39**

**GREGORY TISCHUK**

## PLEA

The defendant, **GREGORY TISCHUK**, having withdrawn his plea of Not Guilty

entered February 9, 2026, pleads **GUILTY** to Count **1** of the **Indictment** after arraignment in

open court.

X _____
(Signed) Defendant

Columbia, South Carolina
May 27, 2026